STATE of Florida ex rel. BEN HUR LIFE ASSOCIATION, a Corporation, Relator, v. LEE COUNTY, Florida, a Political Subdivision, etc., et al., Respondents.

Supreme Court of Florida.
Jan. Term, 1936.

Casey & Walton, of Miami, for relator.

William J. Wood, of Fort Myers, for respondents.

PER CURIAM.

Alternative writ of mandamus dismissed on motion of counsel for the respective parties.

STATE of Florida ex rel. BEN HUR LIFE ASSOCIATION, a Corporation, Plaintiff in Error, v. Sibley L. WHITE, as Mayor of the City of Bradenton, Florida, et al., Defendants in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Casey & Walton, for plaintiff in error.

John B. Singeltary, for defendant in error.

PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

STATE ex rel. J. S. GILLESPIE et al., Relators, v. J. L. DOUGLASS et al., Respondents.

Supreme Court of Florida.
Jan. Term, 1936.

Hull, Landis & Whitehair, of De Land, for relators.

Joe Hill Williams, of Lake Butler, for respondents.

PER CURIAM.

Cause dismissed on motion of relators.

STATE ex rel. Harold Gordon JAILETTE, Plaintiff in Error, v. Frank STOUTAMIRE, as Sheriff of Leon County, Florida, Defendant in Error.

Supreme Court of Florida.
Jan. Term, 1936.

Leo P. Kitchen and Dan R. Schwartz, both of Jacksonville, for the motion.

PER CURIAM.

Writ of error dismissed on motion of counsel for plaintiff in error.

STATE of Florida ex rel. SOVEREIGN CAMP, WOODMEN OF THE WORLD, a Corporation, Relator, v. C. C. ANDERSON et al., Respondents.

Supreme Court of Florida.
Jan. Term, 1936.

Casey & Walton, of Miami, and Waller & Pepper, of Tallahassee, for relator.

A. L. Rankin, of West Palm Beach, for respondents.

PER CURIAM.

Cause dismissed on motion of counsel for relator.

STATE of Florida ex rel. Raleigh WARD, Petitioner, v. S. T. DOWLING, as Clerk of the Circuit Court of Union County, Florida, Respondent.

Supreme Court of Florida.
Jan. Term, 1936.

H. O. Brown, of Lake Butler, for the motion.

PER CURIAM.

Cause dismissed on motion of counsel for relator.